

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2019

No. 04-19-00485-CV

Rob **JENNINGS**, III and El Veleno, Ltd.,
Appellants

v.

Susan **JENNINGS**, Tres Mujeres, Ltd., and Pamela J. Person,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,479
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was originally due on August 2, 2019. After no reporter's record was received, this court notified court reporter Cynthia M. Perez Lenz that the record was late and set the record due by September 5, 2019. After the once-extended due date, the court reporter filed a notification of late record requesting an extension of time to file the record until October 5, 2019.

The court reporter's request is GRANTED. The reporter's record is due to be filed with this court by October 7, 2019. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by October 7, 2019, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court